ROMAN CATHOLIC CHURCH OF ST. JAMES v. DALTON. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by the Roman Catholic Church of St. James against William Dalton, commissioner, etc. C. E. Miller, for appellant. J. M. Ward, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re RUPP et al. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) In the matter of the application for the removal of Charles A. Rupp and John H. Cooper from the office of police commissioners of the board of police of the department of police of the city of Buffalo, N. Y. No opinion. Order affirmed, without costs, on the opinion of LAUGHLIN, J. 59 N. Y. Supp. 997.

In re RUPP et al. (Supreme Court, Appellate Division, Fourth Department. November 28, 1899.) In the matter of the application for the removal of Charles A. Rupp and John H. Cooper from the offices of police commissioner of the board of police of the department of police of the city of Buffalo, N. Y. No opinion. Order to show cause granted, and filed with the clerk.

RUSSELL, Respondent, v. STUHLMILLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 28, 1899.) Action by Joel W. Russell, as assignee, etc., against William F. Stuhlmiller. No opinion. Judgment and order affirmed, with costs.

SARASOHN v. WORKINGMEN'S PUB. ASS'N. (Supreme Court, Appellate Division, First Department. December 15, 1899.) Action by Kasryel H. Sarasohn against the Workingmen's Publishing Association. No opinion. Motion denied, with $10 costs.

SARGENT, Respondent, v. BRADLEY et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 21, 1899.) Action by Amos L. Sargent against Margaret Bradley and others. No opinion. Judgment affirmed, with costs.

SAWYER, Respondent, v. ROSSA, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1899.) Action by Joseph T. Sawyer against Carlo Rossa. No opinion. Judgment of the municipal court affirmed, with costs.

SCHAAD, Respondent, v. ACKERSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Action by Henry J. Schaad against Mary B. Ackerson and another. No opinion. Judgment and order affirmed, with costs.

SCHWARZ, Respondent, v. SUPREME LODGE KNIGHTS AND LADIES OF HONOR, Appellant. (City Court of New York, General Term. December 30, 1899.) Action by Malena Schwarz against the Supreme Lodge Knights and Ladies of Honor. From a judgment for plaintiff, entered on a verdict, and from an order denying a new trial, defendant appeals. Affirmed. Henry F. Lippold, for appellant. Roesch & Steiner, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

In re SCOTT et al. (Supreme Court, Appellate Division, Second Department. November 28, 1899.) In the matter of the petition of Richard Scott and others.

PER CURIAM. Application to resettle order denied. Respondent adjudged guilty of contempt in failing to comply with the terms of the order made by this court on the 10th day of October, 1899 (60 N. Y. Supp. 1147), and for such contempt fined the amount required to be paid by said order. The entry of the order on this decision will be stayed for the term of 10 days to enable the respondent to purge himself of contempt by complying with the terms of the original order.

SECOND NAT. BANK OF CORTLAND, Appellant, v. COLE et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 21, 1899.) Action by the Second National Bank of Cortland against A. Le Roy Cole and others. No opinion. Judgment and order affirmed, with costs. All concur, except LANDON and HERRICK, JJ., who dissent.

SECOND NAT. BANK OF MORGANTOWN v. WESTON. (Supreme Court, Appellate Division, Fourth Department. December 29, 1899.) Action by the Second National Bank of Morgantown against Charles Weston, as executor, etc. No opinion. Plaintiff's exceptions overruled, and motion for a new trial denied, with costs, and judgment ordered for the defendant on the verdict, with costs.

SEXSMITH v. MILLS. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Action by Thomas Sexsmith against Henry H. Mills. No opinion. Motion to dismiss appeal granted, with $10 costs.

SHAMP, Respondent, v. HUNTER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 28, 1899.) Action by George W. Shamp against James B. Hunter and another. No opinion. Judgment and order affirmed, with costs.

SHERWOOD et al., Appellants, v. BEEKMAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 28, 1899.) Action by Thomas B. Sherwood and another against John G. Beekman and others. No opinion. Judgment and order affirmed, with costs.

SHRADY v. SHRADY. (Supreme Court, Appellate Division, First Department. June, 1899.) Action by one Shrady against one Shrady. No opinion. Costs awarded to appellant. See 58 N. Y. Supp. 546.